IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KURTIS DOMAINE JONES,

    Plaintiff,

v.

                                      Case No.  21-cv-5-jdp

SHERIFF DAVID MAHONEY, JANE DOE MENTAL HEALTH DIRECTOR, CHRISTOPHER REYNOLDS, DERRICK WALKER, SHANE ANDERSON, TERRIE VANN-WARD, BENJAMIN JENNINGS, MEGHAN KELLNER, KYLE KELLER, ISAAC BRYAND, TIMOTHY SANDERS, and S. BORTZ-RODRIGUEZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| | |
|---|---|
| /s/ | April 14, 2022 |
| Peter Oppeneer, Clerk of Court | Date |